FILED
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**March 11, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

———————————————————

JOSHUA F. YOUNG,

     Plaintiff - Appellant,

v.

COLORADO DEPARTMENT OF
CORRECTIONS; DEAN WILLIAMS;
JILL HUNSAKER RYAN,

     Defendants - Appellees.

No. 23-1063
(D.C. No. 1:22-CV-00145-NYW-KLM)
(D. Colo.)

———————————————————

**JUDGMENT**

———————————————————

Before **TYMKOVICH**, **MATHESON**, and **CARSON**, Circuit Judges.

———————————————————

     This case originated in the District of Colorado and was argued by counsel.

     The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk